UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS SHANE MATHERLY
         Petitioner
   v.                                   **Judgment in a Civil Case**
TRACY JOHNS
         Respondent              Case Number: 5:10-HC-2091-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 28, 2011, with service on:
Thomas Shane Maatherly, 34209-037, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

January 28, 2011                                 /s/ Dennis P. Iavarone
                                                             Clerk

Raleigh, North Carolina